UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioners,

and

SYDNEY A. BUSH CO., INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6468 (KMK)**

STATE OF NEW YORK   )
                    ) ss.
County of New York  )

Annie Habeeb, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2. On July 19, 2007 I served the Respondent herein with a copy of the Petition to Confirm Arbitration Award by causing a true copy of said Motion papers to be addressed to the Respondent at P.O. Box 54-0287, Bronx, New York 10454-0287 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 9215 and regular mail.

_____
Annie Habeeb

Sworn to, before me, this
19th day of July 2007

_Michele Reid_

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011